FIRST DEPARTMENT, MARCH TERM, 1885.

George M. Birdsall, Respondent, v. James B. Davenport, Appellant. — Order affirmed, with ten dollars costs and disbursements.

In the Matter of William H. Ricketts, Receiver, etc. — Order affirmed, with ten dollars costs and disbursements.

Donald R. Corbin, Respondent, v. J. P. Tuckerman, Appellant. — Order affirmed, with ten dollars costs and disbursements.

Charles L. Vallard, Appellant, v. Robert L. Bamber and others, Respondents. — Order reversed, with ten dollars costs and disbursements and proceedings remitted.

Charles C. Horton, v. Philip Beck, Impleaded, etc. — Order reversed, with ten dollars costs and disbursements, without prejudice to the renewal of the motion on proper notice to the assignee.

Samuel Bingham and another, Respondents, v. The Marine National Bank of the City of New York and another, Appellants. — Order affirmed, with ten dollars costs and disbursements.

Barret H. Adams and another, Appellants, v. George Birdsall, Respondent. — Orders affirmed, with ten dollars costs and disbursements.

Joseph Blumenthal, Appellant, v. Robert J. Anderson and others, Respondents. — Order affirmed, with ten dollars costs and disbursements.

Leon Rheinstrom, Respondent, v. Bernhard Midas, Appellant. — Order affirmed, with ten dollars costs and disbursements.

Austin G. Day, Plaintiff, v. Bankers and Merchants' Telegraph Company, Defendant. — Order affirmed, with ten dollars costs and disbursements.

Laura C. Delano, Respondent, v. Anthony McReynolds, Appellant. — Order reversed; order entered canceling and discharging the judgment of record, without costs to either party. Opinion *Per Curiam.*

William Gibson Jones, Appellant, v. Ward H. Wakefield, Respondent. — Order reversed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Millville Manufacturing Company, Appellant, v. John T. Salter, Respondent, Impleaded, etc. — Judgment reversed, new trial ordered, costs to abide event. Opinion *Per Curiam.*

Jacob Zoller, Respondent, v. Joseph .. Groht and another, Appellants. — Judgment reversed, new trial ordered, costs to abide event. Opinion *Per Curiam*

Spencer Ervin and others, Appellants, v. The Oregon Railway and Navigation Company and others, Respondents. — Motion denied, with ten dollars costs and disbursements.

Augustus De Bost v. Albert Palmer Company.— Motion denied, with ten dollars costs and disbursements.

Ann McAdowery, Appellant, v. Margaret McKenna, Respondent.—Decision modified so as to read " decree affirmed, without costs."

In the Matter of the Second Avenue Railroad Company. — Order entered appointing commissioners.

Henry C. Andrews v. George H. Moller. — Reargument ordered.

The People of the State of New York *ex rel.* John Horan v. Board of Police Commissioners, etc., Respondents. — Order modified so as to suspend the relator without pay until May 1, 1885, instead of removing him from office, without costs to either party.

Stephen De Wolfe, Appellant, v. Elizabeth D. Vail, Respondent. — Judgment and order affirmed. Opinion by Daniels, J.

James S. Watt, Appellant, v. Peter Bowe, Sheriff, etc., Respondent. — Judgment reversed, new trial ordered, costs to abide event. Opinion *Per Curiam.*

Ann Maria Deen, Appellant, v. William Milne, as Executor, etc., Respondent. — Judgment reversed, new trial ordered, costs to abide event. Opinion *Per Curiam.*

Edmund Richardson, Appellant, v. Henry R. Jackson and others, Respondents.—Judgment affirmed, with costs. Opinion *Per Curiam.*